UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Iris Lewis, <br><br> Plaintiff, <br> v. <br><br> FirstSource Advantage, LLC; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 10CIV9387 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 24, 2011

                                                Respectfully submitted,

                                                PLAINTIFF, Iris Lewis

                                                /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq. (SL 6331)
                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile: (877) 795-3666
                                                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By <u>/s/ Sergei Lemberg</u>

      Sergei Lemberg