USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 2-4-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Iris Lewis,

Plaintiff,

-against-

FirstSource Advantage, LLC, et al.,

Defendant.

-----------------------------------------------------------x

10 Civ. 9387 (PKC)

ORDER OF DISMISSAL

P. KEVIN CASTEL, U.S.D.J.

The Court having been advised that all claims asserted herein have been settled, it is

**ORDERED,** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

P. Kevin Castel
United States District Judge

Dated: New York, New York
February 3, 2011